Relative to Acquiring Title to the Elevated Railroad Structure, etc., of the MANHATTAN RAILWAY COMPANY, Appellant, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ANTONIO OLIVERI, Respondent, v. THE CONSOLIDATED FLOUR MILLS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

EMIL KISS, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order modified as indicated in order, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

In the Matter of the Naturalization of BASIL ZAHAJEWICH, Appellant. MERTON A. STURGES, Chief Naturalization Examiner, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of AMBURSEN CONSTRUCTION COMPANY, INC., Respondent, for an Order Directing that the Arbitration Provided for in a Certain Contract, etc., between the Petitioner and NORTHERN NEW YORK UTILITIES, INC., Appellant, on May 2, 1922, Proceed, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

In the Matter of Supplementary Proceedings of ROSE P. KIRK, Judgment Creditor, Respondent, v. GEORGE G. HYNSON, Judgment, Debtor, Appellant, Impleaded with Others, Judgment Debtors.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

EFIM A. NOVOMEISKY, Respondent, v. MAX WULFSOHN, Appellant, and SAMUEL BONIS, Defendant, Individually and as Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ..

HERMAN L. FLAM, Respondent, v. SAMUEL KROHNBERG and Another, Copartners, etc., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

VIVIEN ELLIS REILLY, Respondent, v. EDWARD JAY REILLY, Appellant.— Order so far as appealed from modified by reducing the amount directed to be paid to plaintiff as counsel fee to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

VIVIEN ELLIS REILLY, Respondent, v. EDWARD JAY REILLY, Appellant.— Order modified by deducting from the amount in which defendant is held in contempt the sum of $500, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ANDERSON HOLDING CORPORATION v. MELIA ZRAICK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

SAMUEL EISEMAN & CO., INC., v. ASTRA SALES CO., INC.— Motion to dismiss